**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**MARY WHITLEY**                                                                                          **PLAINTIFF**

VS.                                            **4:14-CV-00541-BRW**

**MARC D. WASSERMAN,**
**LAW OFFICES of MARC D.**
**WASSERMAN, INC. and**
**PREMIUM ASSET SERVICE, LLC**                                          **DEFENDANTS**

## ORDER

Pending is Plaintiff's Motion to Dismiss (Doc. No. 5). It appears the parties have settled their dispute. Accordingly, the Motion is GRANTED and this case is DISMISSED with prejudice. The Court retains jurisdiction to enforce the terms of the settlement agreement and, if necessary, to vacate this order and reopen this case.

IT IS SO ORDERED this 22nd day of October, 2014.


                                                          /s/Billy Roy Wilson
                                            UNITED STATES DISTRICT JUDGE